IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERTO REYES, :
    Petitioner, : 1:14-cv-1065
     :
v. : Hon. John E. Jones III
     :
WARDEN D. ZICKEFOOSE, :
    Respondent. :

## ORDER

### January 4, 2016

Upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ John E. Jones III
                                                John E. Jones III
                                                United States District Judge